## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elizabeth V Iezzi<br><u>Debtor(s)</u> | CHAPTER 13 |
| Nationstar Mortgage LLC<br><u>Moving Party</u><br>vs. | NO. 23-13210 PMM |
| Elizabeth V Iezzi<br><u>Debtor(s)</u> | |
| Kenneth E. West<br><u>Trustee</u> | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this <u>8th</u> day of <u>August</u>, 2024 at Philadelphia, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge