**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     Elizabeth V Iezzi | : | Chapter 13 |
| | : | Case No.: 23-13210-PMM |
| Debtor | : | |

**Notice of Motion, Response Deadline and Hearing Date**

    Brad J. Sadek, Esq., attorney for the Debtor in the above captioned matter has filed a Motion to Modify Chapter 13 Plan after Confirmation for the reasons detailed in the enclosed Motion.

    Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney you may wish to consult an attorney).

    1.    If you do NOT want the court to grant the relief sought in the motion, then on or before **August 28, 2024**, you or your Attorney must do ALL the following:
If you mail your answer to the clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(a)    file an answer explaining your position at:
    United States Bankruptcy Court
    Eastern District of Pennsylvania
    900 Market Street, Suite 400
    Philadelphia, PA 19107

(b)    mail a copy to the movant's attorney:
    Brad J. Sadek, Esq.
    1500 JFK Boulevard Suite #220
    Philadelphia, PA 19102

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the enclosed motion.

    3.    A hearing on the motion is scheduled to be held before Honorable Judge Patricia M. Mayer on **September 10, 2024, at 1:00PM** via Zoom.

    4.    You may contact the Bankruptcy Clerks office at (610) 208-5048 to find out whether the hearing has been cancelled because no one filed an answer.