# IN THE UNITED STATES BANKRUPTCY COURT
## OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Elizabeth V Iezzi | : | |
| | : | Case No.: 23-13210-PMM |
| Debtor(s) | : | |

## **CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan After Confirmation* and respectfully request that the Order attached to the Motion be entered.


Dated: August 29, 2024        /s/ Brad J. Sadek, Esquire
                              Brad J. Sadek, Esquire
                              Sadek Law Offices, LLC
                              1500 JFK Boulevard, Suite #220
                              Philadelphia, PA 19102
                              brad@sadeklaw.com
                              215-545-0008