# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13

    Elizabeth V Iezzi :

: Case No. 23-13210-PMM

:

    Debtor[s] . :

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s]' Motion to Modify the confirmed chapter 13 Plan (doc. # 33 , the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 35 ) is **approved**.

**Date:** 9/10/24

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE