# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**
|  |  |  |
|---|---|---|
|  | : | **Chapter 13** |
| **Elizabeth V Iezzi** | : |  |
|  | : | **Case No. 23-13210-PMM** |
|  | : |  |
| **Debtor[s] .** | : |  |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. #  49 , the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #  51  ) is **approved**.


**Date:**   8/19/25

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**