# Exhibit "B"

# FRIEDMAN ✦ VARTOLO

*A New York Limited Liability Partnership*

1325 Franklin Avenue, Suite 160, Garden City, NY 11530
T: (212) 471-5100 | F: (212) 471-5150
www.friedmanvartolo.com

February 19, 2026

Brad J. Sadek, Esq.
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102
bradsadek@gmail.com
***VIA E-MAIL AND REGULAR MAIL***

**RE:**   Elizabeth V. Iezzi
Bankruptcy Case No. 23-13210-pmm

## NOTICE OF DEFAULT

Dear Counselor:

Please be advised, this office represents SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee for Chateau Series VI Trust with regard to the above-referenced matter.

Our client has advised us that payments have not been tendered in accordance with the Stipulation resolving the Motion for Relief from Stay, approved by the Court by an Order entered on August 08, 2024 (Doc. No. 31).

This notice is to advise that your client has defaulted on payments required under the terms of the Order and is due for as follows:

| | |
|---|---|
| Two (2) Payments Due – 01/01/2026 – 02/01/2026 @ $1,663.76 | $3,327.52 |
| Late Charges | $67.69 |
| Suspense | ($739.48) |
| **Total Due and Owing good through February 16, 2026** | **$2,655.73** |

Payment should be made by bank or certified funds and mailed directly to:

SN Servicing Corporation
P.O. Box 660820
Dallas, TX 75266-0820

Pursuant to the Stipulation, you now have ten (10) days, from the date of this notice, to cure this default. Failure to cure default may result in the enforcement of our state law rights.

1

Acceptance of partial payments will not constitute a waiver of our client's rights to pursue the default in the event the partial payment is not enough to cure the entire default.

Yours truly,
/s/ Lauren M. Moyer
Lauren M. Moyer, Esquire

cc:

Elizabeth V. Iezzi
1914 S. Beechwood Street
Philadelphia, PA 19145
Bankruptcy Debtor

Kenneth E. West
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee

United States Trustee
Robert N.C. Nix Federal Building - Suite 320, 900 Market Street
Philadelphia, PA 19107
United States Trustee

2