*Form 167* (1/25)–doc 70 – 69

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Elizabeth V Iezzi | ) | Case No. 23–13210–pmm |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee for Chateau Series VI Trust Filed by Elizabeth V Iezzi.

on: 4/8/26

at: 01:00 PM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107


Date: March 19, 2026                                               For The Court

                                                                   Mohung Wong
                                                                   Clerk of Court